# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:   4:09CR343 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| MATTHEW O. ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

With the concurrence of the transferring judge, CHRISTOPHER A. BOYKO, and the receiving judge, DAVID D. DOWD, Jr., this case is transferred from the docket of judge CHRISTOPHER A. BOYKO to the docket of judge DAVID D. DOWD, Jr.

s/David D. Dowd, Jr.                                           s/Christopher A. Boyko
DAVID D. DOWD, Jr.                                          CHRISTOPHER A. BOYKO
United States District Judge                                 United States District Judge
Receiving Judge                                                    Transferring Judge


         IT IS SO ORDERED.                              s/James G. Carr
                                                                        Chief Judge James G. Carr
                                                                        United States District Judge

August 17, 2009